# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA



FEB 2 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>DAHL, DARRELL G<br>4612 MOBILE DRIVE<br><br>LAKE ISABELLA, CA 93240<br><br>Defendant. | Violation No./Location Code: CA40   FBBP003H<br><br>USDC Case No. 5:17-PO-00005-JLT<br><br>**ORDER AND INSTRUCTIONS FOR PERFORMING COMMUNITY SERVICE**<br>(Violation Notice) |

Defendant is **ORDERED** to complete __30__ hours of community service no later than __5/29/2017__.

Charge(s):
36 CFR 261.5(d)

Nature of Charge(s):
UNATTENDED CAMPFIRE

Defendant may perform the required volunteer service at any non-profit organization which serves a valid community need. The organization may not discriminate on the basis of race, religion, age or sex.  <u>The defendant must pay any required fees</u>.

( ) SPECIAL CONDITIONS: _____

You are hereby advised that failure to abide by this Order will be a violation of your sentence and may result in an Abstract or Warrant for your arrest.

Dated: 02/28/2017

/s/ Jennifer L. Thurston
Jennifer L. Thurston, U.S. Magistrate Judge

I understand and agree to abide by the terms of this Order.

Dated: 02/28/2017

_Darrell Dahl_
Signature of Defendant

--------------------------------------------------------

A copy of this document is to be completed by the director or agency representative of the Volunteer Bureau regarding the defendant's community service at said organization and returned to the Court at the address below.

I certify the above-named defendant completed _____ hours of community service on _____.

Dated: _____

_____
Signature of Agency Representative

AGENCY NAME, ADDRESS & TELEPHONE NUMBER:

_____
_____
_____
_____

Return this form within ten (10) days of completion of the community service to:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
510 19TH STREET, SUITE 200
BAKERSFIELD, CA 93301
Telephone: (661) 326-6624
Fax: (661) 327-4921**